AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| MELANIE CLODFELTER | ) | 2:22-mj-00069 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 17, 2021___ in the county of ___Nicholas___ in the ___Southern___ District of ___West Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(d)(1) | Providing a firearm to a felon |

This criminal complaint is based on these facts:

On November 17, 2021, Melanie Clodfelter purchased a Radical Firearms, model RF-15, multi-caliber rifle. Clodfelter bought the gun for Richie Holcomb.  Holcomb was previously convicted in Webster County, West Virginia, of a felony, Unlawful Wounding, on July 30, 2014. Clodfelter was interviewed and admitted to buying the gun for Holcomb. She said that she knew of his previous conviction and that he was unable to buy the gun himself.

☐ Continued on the attached sheet.

_Complainant's signature_

**Sean McNees, Special Agent ATF**
_Printed name and title_

Sworn telephonically (reliable electronic means) by me.

Date: ___06/06/2022___

City and state: ___Charleston, West Virginia___



Omar J. Aboulhosn
United States Magistrate Judge